**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**JASON D. SPRADLIN,**

**Plaintiff,**

**v.** **Case No. 3:26cv740-MCR-HTC**

**FIRST JUDICIAL CIRCUIT**
**OF FLORIDA, et al.,**

**Defendants.**
___________________________________/

# ORDER

The Magistrate Judge issued a Report and Recommendation dated May 18, 2026 (ECF No. 18). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 18) is adopted and incorporated by reference in this Order.

2. Plaintiff Spradlin's second amended complaint (ECF No. 15) is DISMISSED under the *Younger* abstention doctrine.

3. The clerk shall close the file.

**DONE AND ORDERED** this 11th day of September 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**